AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Lawrence Brodsky, individually and as the representative of a class of similarly-situated persons,

V.

Capital Alliance Group d/b/a BankCapital Direct, Capital Alliance Partners LLC, Narin Charanvattanakit and John Does

CASE NUMBER: 1:15-cv-05303

ASSIGNED JUDGE: Hon. Elaine E. Bucklo

DESIGNATED MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

Narin Charanvattanakit
1950 E. 17TH, 3RD Floor
Santa Anna, CA 92705

*Indv/Psnly*
*6/19/15  4:10Pm*
*G. S.  PSC 2623*

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE: June 16, 2015

## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 1:15-CV-0533

Plaintiff:
**Lawrence Brodsky, individually and as the representative of a class of similarly-situated persons**


GLD2015062300

vs.

Defendants:
**Capital Alliance Group d/b/a BankCapital Direct, Capital Alliance Partners LLC, Narin Charanvattanakit and John DOes**

For:
Brian J Wanca
Anderson & Wanca
3701 Algonquin Rd
Suite 500
Rolling Meadows, IL 60008

Received by Legal Ease Process Service, LLC. to be served on **Narin Charanvattanakit, 1950 E 17th St., 3rd Floor, #200, Santa Ana, CA 92705**.

I, George Sano, do hereby affirm that on the **19th day of June, 2015** at **4:10 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Case and Class Action Complaint with Exhibit "A", Plaintiff's "Damasco" Motion for Class certification and Request for Status Conference and Certificate of Service** with the date and hour of service endorsed thereon by me, to: **Narin Charanvattanakit** at the address of: **1950 E 17th St., 3rd Floor, #200, Santa Ana, CA 92705**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: Asian, Height: 5'9, Weight: 175, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

George Sano
PSC2623

Legal Ease Process Service, LLC.
10501 Nw 17th Street
Plantation, FL 33322
(954) 667-3783

Our Job Serial Number: GLD-2015062300

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 6-19-15 |
| NAME OF SERVER (PRINT) George Sano | TITLE | PSC2623 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1950 E. 17th St #200, 3RD FLOOR, Santa Ana, CA 92705

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-23-15
Date

Signature of Server

10501 NW 17th St., Plantation, FL 33322
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.