## IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LAWRENCE BRODSKY, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:15-cv-05303 |
| v. | ) ) | **CLASS ACTION** |
| CAPITAL ALLIANCE GROUP d/b/a BANKCAPITAL DIRECT, CAPITAL ALLIANCE PARTNERS LLC, NARIN CHARANVATTANAKIT and JOHN DOES 1-10, | ) ) ) ) ) ) ) | Hon. Elaine E. Bucklo  Magistrate Hon. Young B. Kim |
| Defendants. | ) | |

## <u>NOTICE OF VOLUNARY DISMISSAL</u>

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, LAWRENCE BRODSKY,

hereby dismisses this action without prejudice.

Respectfully submitted,

LAWRENCE BRODSKY, individually and as the representative of a class of similarly-situated persons

By: <u>s/Brian J. Wanca</u>
     Brian J. Wanca

ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Brian J. Wanca
Brian J. Wanca